UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,    APPEAL NO. 13-10471-FF
    Appellee,    District Court Case No. 2:11-cr-97-FtM-29SPC
vs.
ERIC BONITA,    CRIMINAL CASE
    Appellant.
_____/

APPELLANT ERIC BONITA'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE APPELLANT'S INITIAL BRIEF

                                    The Law Firm of
                                    RICHARD D. LAKEMAN, P.A.
                                    P.O. Box 101580
                                    Cape Coral, Florida 33910
                                    (239) 458-8190 office
                                    (239) 645-3544 cell
                                    (239) 458-8291 fax
                                    rdlakeman@gmail.com

By: *[signature]*
                                    RICHARD D. LAKEMAN, Esq.
                                    FBN 0010995

U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

| United States of America vs. ERIC BONITA | Docket No. 13-10664 |
|---|---|
| Appellee/Plaintiff　　　　Appellant/Defendant | |

11th Cir. R. 26.1 requires that a Certificate of Interested Persons and Corporate Disclosure Statement be included with each brief, petition, answer, motion, or response filed by any party. You may use this form to fulfill this requirement. In alphabetical order, with one name per line, please list the trial judge(s) and all attorneys, persons, associations, or corporations that have an interest in the outcome of this case.

ERIC BONITA, Appellant/Defendant

Jesus Casas, Asst. U.S. Attorney, Attorney For Plaintiff in the District Court

The Law Firm of Richard D. Lakeman, P.A., Attorney for Appellant/Defendant

Sheryl L. Loesch, Clerk, U.S. District Court, Middle District of Florida, Ft. Myers Division

David Rhodes, Chief, Appellate Division, U.S. Attorney's Office, Attorney for Appellee

Susan Rothstein-Youakim, Asst. U.S. Attorney, U.S. Attorney's Office, Appellate Division, Attorney for Appellee

The Honorable John E. Steele, United States District Judge

<u>UNOPPOSED MOTION FOR 60 DAY EXTENSION OF TIME IN WHICH TO FILE APPELLANT'S INITIAL BRIEF</u>

Appellant, ERIC BONITA, by and through his undersigned counsel, hereby files this unopposed motion for a 60 day extension of time in which to file his initial Appellant's Brief and Record Excerpts. In support of this Motion, Mr. Bonita states as follows:

1.     Mr. Bonita is presently incarcerated and was convicted of one count of conspiracy to possess with intent to distribute 280 grams or more of crack cocaine, and one count of knowingly and willfully distributing a quantity of a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C). He was sentenced on January 22, 2013.

2.     On February 4, 2013 a Notice of Appeal, Amended was filed. Doc. 456. The undersigned was appointed by the Court to represent Mr. Bonita on appeal and that is Mr. Bonita's wish as well.

3.     This is a six-defendant case in which Mr. Bonita was tried along with five co-defendants. The record in this case is thousands of pages in length, largely due to the fact that this case involved three weeks of trial (11 days of court time) and a lengthy sentencing due to the severity of the sentence imposed.

4.     On June 24, 2013 counsel received the electronic e-mail from this Court dated June 21, 2013 notifying counsel that Appellant's Brief and Record Excerpts are to be served and filed on or before July 22, 2013. Counsel has a criminal sentencing/plea or but probably a felony July trial scheduled on or after July 17, 2013 before Circuit Court Judge George C. Richards in the case of <u>State of Florida vs. Colby Wooten</u>, case no. 12-261 CF in Charlotte County, Florida. Counsel has a criminal felony jury trial scheduled for July 26, 2013 before Circuit Court Judge Donald Mason in the case of <u>State of Florida vs. Raul Angel Ramos</u>, Case No. 12-238 CF in Hendry County, Florida. Counsel is scheduled to Appeal at, what counsel believes, is a felony jury trial setting date presently scheduled for August 16, 2013 before Circuit Court Judge Ramiro Manolich in Collier County, Florida regarding <u>State of Florida vs. Brian Haizlip</u>, Case No. 11-001835 CF.

5.     This case involved a very lengthy Court record regarding a defendant/appellant who has been sentenced to life in prison. Counsel is in the process of copying the voluminous

record of the transcripts because the defendant is desirous of participating to whatever extent possible with counsel in the writing of the appeal. Counsel has commenced a review of the record which will take some time to complete. Counsel will not be able to complete the appropriate review of the trial record and preparation of Appellant's Brief before July 22, 2013. Counsel's wife is also dealing with a serious medical situation which is going to require neuro-surgery either at the end of July or early August of 2013. I share this information with the Court because until such surgery takes place, such medical situation is likely to require a great deal of my attention with doctor appointments, etc.

6. Counsel will need the additional requested time and, notwithstanding the foregoing, believes that if the 60 day extension of time from July 22, 2013 is granted by this Court, Appellant's Brief on behalf of Mr. Bonita will be filed as represented.

7. However, notwithstanding the foregoing request, if the Court is not inclined to grant the relief requested herein, then perhaps the appointment of other counsel to represent Mr. Bonita would be appropriate. This is not my desire, nor my request, and I feel certain this is not Mr. Bonita's. In the approximately sixteen to seventeen years that I have been representing appellant/defendants before this Court, I do not believe I have ever requested more than a seven (7) day extension of time to serve and file Appellant's Brief and Record Excerpts. I would not do so now if the additional time was not necessary.

8. The additional time requested by this Motion is made in good faith and is not for the purpose of delay. The additional time requested is needed in order to provide Mr. Bonita with competent representation.

9. The undersigned counsel has contacted opposing counsel, Assistant United States Attorney Susan Rothstein-Youakim through her assistant, Denise, who stated that the government has no objection to this Motion.

WHEREFORE, Appellant, ERIC BONITA, respectfully requests this Honorable Court to grant a 60 day extension of time, up to and including September 20, 2013 in which to file the Initial Appellant Brief and Record Excerpts in this case.

>Respectfully submitted,
>The Law Firm of
>RICHARD D. LAKEMAN, P.A.
>P.O. Box 101580
>Cape Coral, Florida 33910

(239) 458-8190 office
(239) 645-3544 cell
(239) 458-8291 fax
rdlakeman@gmail.com

By: *[signature]*

    RICHARD D. LAKEMAN, Esq.
    FBN 0010995

### Certificate of Service

I hereby certify that on the 2nd day of July, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the Susan Rothstein-Youakim at Susan.Youakim@usdoj.gov.

*[signature]*

Richard D. Lakeman, Esq.