# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 09, 2013

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 13-10471-FF
Case Style: USA v. Jophaney Hyppolite, et al
District Court Docket No: 2:11-cr-00097-JES-SPC-8

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

An extension of time has been granted to and including 09/23/2013 **ALL APPELLANT'S BRIEF** WILL BE DUE ON SEPTEMBER 23, 2013.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin, FF
Phone #: (404) 335-6178

EXT-1 Extension of time